United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TANYA NEMCIK,<br><br>    Petitioner,<br><br>    v.<br><br>CONTRA COSTA SUPERIOR COURT, et al.,<br><br>    Respondents. | Case No. 16-cv-01423-SK<br><br>**SUA SPONTE ORDER OF REFERRAL** |

Pursuant to Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to Judge Beth Labson Freeman to determine whether it is related to *Nemcik v. Mills, et al.*, Case No. 16-0322 BLF.

**IT IS SO ORDERED**.

Dated: March 29, 2016

_____
SALLIE KIM
United States Magistrate Judge