# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

TANYA NEMCIK,

    Plaintiff,

v.

EDWARD MILLS, et al.,

    Defendants.

Case No. 16-cv-00322-BLF

**ORDER DETERMINING CASES ARE NOT RELATED**

    The Court finds that the case *Nemcik v. Contra Costa Superior Court, et al.*, Case No. 3:16-CV-01423-SK is not related to the above captioned action.

**IT IS SO ORDERED.**

Dated: March 30, 2016

_____
BETH LABSON FREEMAN
United States District Judge