United States District Court
For the Northern District of California

1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11    TANYA NEMCIK,                           No. C16-01423 CRB

12              Plaintiff,                     **ORDER GRANTING REPORT AND
                                               RECOMMENDATION AND**
13       v.                                    **DISMISSING CASE**

14    CONTRA COSTA SUPERIOR COURT ET AL,

15              Defendant.
      _____/
16

17          The Court has reviewed the Report and Recommendation by Magistrate Judge Sallie

18    Kim (dkt. 20),[1] and, finding it thorough, well-reasoned, and correct, ADOPTS the Reports

19    and Recommendation as the Order of the Court.  This case is DISMISSED the case for lack

20    of subject matter jurisdiction.

21          **IT IS SO ORDERED.**

22

23    Dated: May 9, 2016                      _____
                                              CHARLES  R. BREYER
24                                            UNITED STATES DISTRICT JUDGE

25

26

27

28
      _____
              [1] The Court has also reviewed Respondent Brian Krippendorf's Motion to Dismiss (dkt. 23) and
      Petitioner's Response (dkt. 27) on these same issues.