IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TANYA NEMCIK, | No. C16-01423 CRB |
| Plaintiff, | **JUDGMENT** |
| v. | |
| CONTRA COSTA SUPERIOR COURT ET AL, | |
| Defendants. | |

The Court having dismissed the case for lack of jurisdiction hereby enters judgment for Defendants and against Plaintiff.

**IT IS SO ORDERED.**

Dated: May 10, 2016

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE